# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
## *Pro Se* Non-Prisoner Complaint Form

*[Enter the full name of the plaintiff in this action]*

James B Shulta

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

Doctor Peggy Madren

)  Civil Action No.
)  _____
)  *(to be assigned by Clerk)*

RECEIVED
USDC CLERK, COLUMBIA, SC
2016 FEB 12 AM 10: 35

*If allowed by statute, do you wish to have a trial by jury?* Yes _____ No _____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____ No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

   1. Parties to this previous lawsuit:
      Plaintiff: _____
      Defendant(s): _____
   2. Court: _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____  No __✓__

## II. PARTIES

In Item A below, place your name and address in the space provided. *[If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: James B Shelton

   Address: 3959 Fish Hatchery Road, Gaston, S.C. 29053

In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.

B. Name of Defendant: Doctor Peggy Madren

   Address: Columbia Regional Care Center, 7901 Farrow Rd. Cola. S.C. 29203

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

_____

_____

_____

_____

_____

_____

_____

_____

## III. STATEMENT OF CLAIM

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.

## III. STATEMENT OF CLAIM - continued.

This is a professional malpractice suit against Doctor Peggy Meadows for slander remarks made to the VA regional office which made them decide to rule me incompetent. This was done just a few months after I was ruled competent on an elder letter March 12, 2013. No one doctor should be able to rule incompetent without the burden of proof as in a court because I am entitled to be judged by my own peers. Although Doctor Peggy Meadows doesn't work for the VA any more her remarks can't be overturned without a court order. Too often doctors will use and abuse patient rights such as Doctor Peggy Meadows. The only solution is to get stem cell treatment to reverse this bi-polar disability. Stem cell is the 21st century treatment to reverse bi-polar and many more illnesses and diseases. I humbly pray that this court will see that my suit is for a better quality of life.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I ask that Doctor Peggy Wedron pay me $1,000,000 for stem cell treatment in Mexico and that a letter of apology be sent to me asap. Although stem cell don't cost $1,000,000 the balance is for pain and suffering

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 11 day of February, 2016.

James B Shuller
*Signature of Plaintiff*