AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | | |
|---|---|---|
| James B. Skelton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     3:16-468-MBS |
| Dr. Peggy Wadman | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

☐ the plaintiff recover nothing, the action be dismissed without prejudice and without issuance and service of process.

■ other: The complaint is summarily dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, adopting the Report and
Recommendation of the Honorable Jacquelyn D. Austin, United States Magistrate Judge, summarily
dismissing case without prejudice and without issuance and service of process.

Date:   July 18, 2016                              *CLERK OF COURT*

                                                   s/Mary E. Deal
                                              _____
                                              *Signature of Clerk or Deputy Clerk*